**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 550 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2023, Ryan P. Shovlin, Esquire, Dauphin County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of five years, commencing January 1, 2024.